HOTCHKISS et al., Respondents, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by William W. Hotchkiss and others against Silas P. Brown and others. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

---

HOUSE, Respondent, v. AUBURN CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by Alva A. House against the Auburn City Railway Company. No opinion. Judgment and order affirmed, with costs.

---

HOUSE, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by William A. House against the Yonkers Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

HOWARD IRON WORKS v. BUFFALO ELEVATING CO. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by the Howard Iron Works against the Buffalo Elevating Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, and questions to be certified to that court to be settled by and before Mr. Presiding Justice ADAMS on two days' notice.

---

HUDLER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Caroline B. Hudler against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.